| | |
|---|---|
| 1 | JONATHAN HAYDEN (BAR NO. 104520) |
| | TRACY S. TODD (BAR NO. 172884) |
| 2 | AARON M. ARMSTRONG (BAR NO. 197301) |
| | HELLER EHRMAN LLP |
| 3 | 333 Bush Street |
| | San Francisco, CA  94104-2878 |
| 4 | Telephone: +1.415.772.6000 |
| | Facsimile: +1.415.772.6268 |
| 5 | jonathan.hayden@hellerehrman.com |

Attorneys for Defendants
WASHINGTON MUTUAL BANK, AND
WASHINGTON MUTUAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBIN AVERY SMITH, an individual, and KRISTEN YOUNG, an individual, on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK, FA, WASHINGTON MUTUAL, INC., AND DOES 1-200, inclusive <br><br> Defendants. | Case No.: C 03-5050 CRB <br><br> **STIPULATION; [PROPOSED] ORDER DISMISSING PLAINTIFFS' CLASS ALLEGATIONS WITHOUT PREJUDICE** |

# STIPULATION

WHEREAS, the Court ordered plaintiffs to file any motion for class certification on or before July 1, 2005;

WHEREAS, plaintiff Kristen Young timely filed a motion for class certification of certain state law claims on July 1, 2005, and then withdrew her motion on July 14, 2005;

WHEREAS, defendants have not paid any consideration to plaintiffs in exchange for an agreement to dismiss their class allegations, and plaintiffs' decision to dismiss those allegations without prejudice is not the product of any collusion between plaintiffs and defendants;

THE PARTIES HEREBY STIPULATE that plaintiffs' class allegations should be dismissed without prejudice.

SO AGREED.

DATED: August 16, 2005

BEYERS¦ COSTIN

By ____s/_____
   Peter L. Simon
   Attorneys for Plaintiffs
   ROBIN AVERY SMITH and KRISTEN YOUNG

DATED: August 16, 2005

RYBICKI & BLEVANS, LLP

By ____s/_____
   Brandon R. Blevans
   Attorneys for Plaintiffs
   ROBIN AVERY SMITH and KRISTEN YOUNG

1

STIPULATION; [PROPOSED] ORDER DISMISSING PLAINTIFFS'
CLASS ALLEGATIONS WITHOUT PREJUDICE
CASE NO.:  C 03-5050 CRB

1 | DATED: August 16, 2005

HELLER EHRMAN LLP

By ____s/_____
   Jonathan P. Hayden
   Attorneys for Defendants
   WASHINGTON MUTUAL BANK, FA AND
   WASHINGTON MUTUAL BANK, INC.

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Court hereby dismisses plaintiffs' class allegations without prejudice.

SO ORDERED.

August 19, 2005

_____
The Honorable
UNITED STATES DISTRICT JUDGE

*APPROVED — Judge Charles R. Breyer*

---

STIPULATION; [PROPOSED] ORDER DISMISSING PLAINTIFFS'
CLASS ALLEGATIONS WITHOUT PREJUDICE
CASE NO.:  C 03-5050 CRB

2