PETER L. SIMON (CSB No. 178393)
STEVEN J. BLEASDELL (CSB No. 191522)
STEPHEN D. PERRY (CSB No. 213223)
BEYERS | COSTIN
200 Fourth Street, Ste. 400
Post Office Box 878
Santa Rosa, California 95402-0878
Telephone: 707.547.2000
Facsimile: 707.526.3672

RICHARD C. RYBICKI (CSB No. 160096)
BRANDON R. BLEVANS (CSB No. 197281)
RYBICKI & BLEVANS, LLP
50 Old Courthouse Square; Suite 311
Santa Rosa, CA 95404-4923
Telephone: 707. 524.7000
Facsimile: 707.546.6800

Attorneys for Plaintiffs
ROBIN AVERY SMITH, et al.

JONATHAN HAYDEN (BAR NO. 104520)
TRACY SMITH TODD (BAR NO. 172884)
AARON M. ARMSTRONG (BAR NO. 197301)
THOMAS S. KIMBRELL (BAR NO. 223068)
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

DEBORAH C. SAXE (BAR NO. 81719)
MATTHEW M. YU (BAR NO. 186807)
CINDI L. PUSATERI (BAR NO. 216899)
HELLER EHRMAN WHITE & McAULIFFE LLP
601 South Figueroa Street
Los Angeles, CA 90017-5758
Telephone: (212) 689-0200
Facsimile: (213) 614-1868

Attorneys for Defendants
WASHINGTON MUTUAL BANK, FA, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBIN AVERY SMITH, an individual, and KRISTEN YOUNG, an individual, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, FA, WASHINGTON MUTUAL, INC., and DOES 1- 200, inclusive,<br><br>Defendants. | Case No. C-03-5050 CRB<br><br>**STIPULATION AND ORDER RE: DISMISSAL** |

The parties hereby stipulate that the following matters are hereby dismissed with prejudice by all of the plaintiffs:

1. *Smith, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-5050.
2. *Young, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4278.

Pursuant to a settlement, all parties are bearing their own costs and fees.

Respectfully submitted,

Dated: December 5, 2005

BEYERS | COSTIN

By: /s/ *Peter L. Simon*
PETER L. SIMON
Attorneys for Plaintiffs

Dated: December 5, 2005

HELLER EHRMAN WHITE & MCAULIFFE LLP

By: /s/ *Jonathan Hayden*
JONATHAN HAYDEN
Attorneys for Defendants

[PROPOSED] ORDER

This Court having considered the above stipulation hereby orders as follows:

1. The following matters are dismissed with prejudice:

    *Smith, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-5050.

    *Young, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4278.

2. All parties to bear their own costs and fees.

IT IS SO ORDERED.

Dated: December 06, 2005

Hon. Judge Charles R. Breyer

APPROVED

STIPULATION AND ORDER RE: DISMISSAL
C-03-5050 CRB

Page 2